IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DELEVECCIO T. THOMAS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | 1:23CV786 |
| EDDIE BUFFALOE, | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 13, 2023, was served on the parties in this action. (ECF Nos. 2, 3). No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be construed as a habeas petition under 28 U.S.C. § 2254 and **DISMISSED** *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition or pursuing any remedies in the state courts. Any new petition must be accompanied by either the five-dollar filing fee or a current application to proceed *in forma pauperis*.

This, the 11th day of October 2023.

/s/ Loretta C. Biggs
United States District Judge